**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 485 WAL 2014
                                          :
                Respondent           :
                                          : Petition for Allowance of Appeal from the
                                          : Order of the Superior Court
                v.                      :
                                          :
                                          :
JOSEPH MICHAEL ARLOTT,           :
                                          :
                Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.